IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NLC PRODUCTS INC.                                                    PLAINTIFF

v.                                    No. 4:14-cv-174-DPM

MANDY LEIGH RABALAIS, d/b/a
Pinwheel Productions                                                DEFENDANT

## JUDGMENT

The Court notes NLC Product's pre-answer notice of voluntary

dismissal, № 3. The parties have agreed to dismiss this case. NLC Product's

complaint is therefore dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2014